IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 87-cv-00067-RPM

SCOTT M. ROLLINS,

    Plaintiff,

v.

LARIMER COUNTY SHERIFFS DEPARTMENT, et al.

    Defendant.

_____

## ORDER STRIKING PLEADING
_____

Scott M. Rollins submitted to the Clerk's Office on November 16, 2010, a pleading designated Continuing Motion to Enforce Judicial Order; Motion for Sanctions; and Motion for Injunctive Relief. The Clerk accepted that filing and placed it in the electronic record under Case Number 87-cv-00067-RPM. That case has long been closed and Mr. Rollins is attempting to litigate matters which bear no relationship to that litigation. Accordingly, it is

ORDERED that this designated pleading is stricken from the court's records.

DATED: November 19th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge